UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME TALLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>SUSAN ILLSTON,<br><br>        Defendant. | Case No.  16-cv-02051-SK<br><br>**SUA SPONTE ORDER OF REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge James Donato to determine whether it is related to *Talley v. Illston*, Case No. 16-0336 JD.

**IT IS SO ORDERED**.

Dated: April 22, 2016

_____
SALLIE KIM
United States Magistrate Judge